# United States District Court
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**RICHARD EPIFANO ALVARADO**<br>(Defendant's Name) | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses committed on or after November 1, 1987)<br>Criminal Number:  **1:95-CR-05224-001**<br><br>James Homola<br>Defendant's Attorney |

**THE DEFENDANT:**

[✔]  admitted guilt to violation of charge(s)  Charge 1 & 2  as alleged in the violation petition filed on  June 14, 2007 .

[ ]  was found in violation of condition(s) of supervision as to charge(s) __ after denial of guilt, as alleged in the violation petition filed on __.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| Charge 1 | DRIVING WHILE UNDER THE INFLUENCE OF ALCOHOL WITH BAC GREATER THAN .08% | February 25, 2007 |
| Charge 2 | PUBLIC INTOXICATION | June 12, 2007 |

The court:  [✔] revokes: SUPERVISED RELEASE   [ ] modifies:   [ ] continues under same conditions of supervision heretofore ordered on __.

The defendant is sentenced as provided in pages 2 through  3  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]     Charge(s)  __  is/are dismissed.

[✔]    APPEAL RIGHTS GIVEN

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

|   |
|---|
| July 12, 2007 |
| Date of Imposition of Sentence |
|   |
| /s/ Lawrence J. O'Neill |
| Signature of Judicial Officer |
|   |
| **LAWRENCE J. O'NEILL**, United States District Judge |
| Name & Title of Judicial Officer |
|   |
| July 26, 2007 |
| Date |

CASE NUMBER:    1:95-CR-05224-001                                       Judgment - Page 2 of 3
DEFENDANT:      RICHARD EPIFANO ALVARADO

# IMPRISONMENT

     The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of  8 months .

[ ]     The court makes the following recommendations to the Bureau of Prisons:

[✔]     The defendant is remanded to the custody of the United States Marshal.

[ ]     The defendant shall surrender to the United States Marshal for this district.
        [ ] at ___ on ___.
        [ ] as notified by the United States Marshal.

[ ]     The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
        [ ] before _ on ___.
        [ ] as notified by the United States Marshal.
        [ ] as notified by the Probation or Pretrial Services Officer.
        If no such institution has been designated, to the United States Marshal for this district.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

     Defendant delivered on _____ to _____
at _____ , with a certified copy of this judgment.

                                                    UNITED STATES MARSHAL

                                      By _____
                                                     Deputy U.S. Marshal

| | | |
|---|---|---|
| CASE NUMBER: | 1:95-CR-05224-001 | Judgment - Page 3 of 3 |
| DEFENDANT: | RICHARD EPIFANO ALVARADO | |

## SUPERVISED RELEASE

**Upon release from imprisonment, the releasee shall be on supervised release for a term of (28) months. All previously imposed terms and conditions of supervised release originally ordered by the Court on 12/29/2006 shall remain in full force and effect upon the releasee's release from imprisonment. Within 72 hours of release from the custody of the Bureau of Prisons, the releasee shall report in person to the probation office in the district to which the releasee is released. All previously imposed court ordered financial obligations, if not already paid in full, remain imposed.**

**Any violation during the term of supervision, the defendant will be serving a two year imprisonment.**